**Order entered April 22, 2020**



In The
## Court of Appeals
## Fifth District of Texas at Dallas

No. 05-20-00261-CV

**PRIME CELEBRATION, LLC, Appellant**

**V.**

**ALLNET, INC., Appellee**

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-19-07386**

### ORDER

Appellant, Prime Celebration, LLC, has filed a suggestion of bankruptcy informing the Court it is the subject of a proceeding under chapter 11 of the United States Bankruptcy Code. Pursuant to Texas Rule of Appellate Procedure 8.2, further action in this cause is automatically suspended. *See* TEX. R. APP. P. 8.2. Accordingly, for administrative purposes, this cause is **ABATED** and treated as a closed case. It may be reinstated on motion by any party showing, in accordance

with rule of appellate procedure 8.3, that the appeal is permitted by federal law or the bankruptcy court. *See id.* 8.3.

/s/    ERIN A. NOWELL
          JUSTICE